**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

LEON IRVING,

                    Plaintiff,

     -v-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6|15|2021

20 **CIVIL** 8173 (PED)

**JUDGMENT**

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 15, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby

is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings. On remand, the Administrative Law Judge will

offer the plaintiff the opportunity for a new hearing.

**Dated:** New York, New York
       June 15, 2021

                          **RUBY J. KRAJICK**

                          **Clerk of Court**

**BY:**

                          **Deputy Clerk**